This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.

IT IS SO ORDERED.



Guy R. Humphrey
United States Bankruptcy Judge

Dated: July 23, 2014

_____

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE:<br>    Andrew S Watson<br>    Marilyn L Watson<br>        Debtors | Case No: 14-30246<br>    (Chapter 13)<br><br>JUDGE GUY R. HUMPHREY |

**AGREED ORDER RESOLVING CHAPTER 13 TRUSTEE'S OBJECTION TO CONFIRMATION (Doc. 19) AMENDING PLAN AT BAR and ORDERING TRUSTEE TO SUBMIT A CONFIRMATION ORDER**

This matter is scheduled for hearing on July 3, 2014, upon the Chapter 13 Trustee's Objection to Confirmation of the January 31, 2014 Plan, filed on March 21, 2014 (Doc. 19) and upon the agreement of the parties,

    IT IS ORDERED that the Debtors' January 31, 2014 plan is hereby amended to:

1) provide that the Chapter 13 Trustee's Objection to Confirmation is hereby resolved;

2) increase plan payments to $1,160.00 per month;

and that the Trustee shall submit a proposed confirmation order to the Court.

IT IS SO ORDERED.


____/S/_Jeffrey M. Kellner_____
JEFFREY M. KELLNER  #0022205
CHAPTER 13 TRUSTEE
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937) 222-7600  FAX (937) 222-7383
email: chapter13@dayton13.com

   /S/  Andrew J Zeigler
_____
ANDREW J ZEIGLER  #0081417
ATTORNEY FOR DEBTORS
THOMPSON & DEVENY
1340 WOODMAN DRIVE
DAYTON, OH  45432
(937) 252-2030  FAX (937) 252-9425
email: andrew@thompsonanddeveny.com


**Distribution:**
   All Filing Parties.


1430246_29_20140716_1420_743/T198_gm
###