B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF OHIO

**In re** <u>Andrew S Watson; Marilyn L Watson; ,</u>                **Case No.** <u>14-30246</u>

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus | JPMorgan Chase Bank, National Association |
|---|---|
| **Name of Transferee** | **Name of Transferor** |

**Name and Address where notices to transferee should be sent:**
Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc.
PO Box 1047
Hartford, CT 06143-1047

**Phone:** _____

**Last Four Digits of Acct #:** XXXX5510

**Court Claim # (if known):** <u>13</u>
**Amount of Claim:** <u>36,730.41</u>
**Date Claim Filed:** <u>04/13/2015</u>

**Phone:**_____

Last Four Digits of Acct #:

**Name and Address where transferee payments should be sent (if different from above):**

Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc.
PO Box 1047
Hartford, CT 06143-1047

**Phone:** _____

**Last Four Digits of Acct #:** XXXX5510

I declare under penalty of perjury that the information provided in this notice is true and correct to the best upon my knowledge and belief.

By: <u>/s/Lisa Singer</u>                Date: <u>November 18, 2015</u>
     Lisa Singer
     Transferee/Transferee's Agent
     Rosicki, Rosicki & Associates, P.C.
     51 E. Bethpage Rd. Plainview, NY 11803

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
--------------------------------------------------x

|  |  |
|---|---|
| IN RE: | Chapter 13 |
| Andrew S Watson; Marilyn L Watson;, | Case # 14- 30246 |
|  | Judge: Guy R Humphrey |
| Debtor(s) |  |

--------------------------------------------------x

## <u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that a copy of the foregoing Transfer of Claim has been served via Electronic Case Filing on the following parties:

Andrew Zeigler, Esq.
Debtor(s) Attorney
Email: andrew@thompsonanddeveny.com

Jeffrey M Kellner, Esq.
Chapter 13 Trustee
ecfclerk@dayton13.com

US Trustee
USTPRegion09.CB.ECF@usdoj.gov

November 18, 2015

/s/Arzoo Mamoor
Arzoo Mamoor