**Fill in this information to identify the case**

**Debtor 1** Andrew S. Watson

**Debtor 2** Marilyn L. Watson
**(Spouse, if filing)**

**United States Bankruptcy Court for the:** SOUTHERN **District of** OHIO
                                                                                       **(State)**

**Case number** 14-30246

# Official Form 410S1
## Notice of Mortgage Payment Change                                              12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor**: Federal National Mortgage Association (Fannie Mae)

**Court claim no.** (if known): 13

**Last four digits** of any number you use to identify the debtor's account: 5510

**Date of payment change**
Must be at least 21 days after date of this notice: 7/1/2018

**New total payment:**
Principal, interest, and escrow, if any: $615.83

### Part 1:   Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment:    $442.32        New escrow payment:   $456.40

### Part 2:   Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%              New interest rate: _____%

   Current principal and interest payment: $_____    New principal and interest payment: $_____

### Part 3:   Other Payment Change

14-023395_TC

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

☒ No
☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. *(Court approval may be required before the payment change can take effect)*

Reason for change: _____

Current mortgage payment: $_____     New mortgage payment: $_____

14-023395_TC

Debtor 1 ___Andrew S. Watson_____   Case number (if known) _14-30246_____
         First Name    Middle Name    Last Name

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box.

☐ I am the creditor.
☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

**X** ___/s/ Adam B. Hall_____     Date  05/29/2018
     Signature

Print:       ____Adam B. Hall_____     Title   _Attorneys for Creditor_

Company   ___Manley Deas Kochalski LLC_____

Address   __P.O. Box 165028_____
          Number         Street

          __Columbus, OH  43216-5028_____
          City           State      ZIP Code

Contact phone  _614-220-5611_____           Email   _amps@manleydeas.com_

14-023395_TC

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Payment Change was served **electronically** through the court's ECF System at the email address registered with the court:

Office of U.S. Trustee, Southern District of Ohio, Party of Interest, 170 North High Street, #200, Columbus, OH 43215

Jeffrey M. Kellner, 131 N Ludlow Street, Suite 900, Dayton, OH 45402, ecfclerk@dayton13.com

Andrew Zeigler, Attorney for Andrew S. Watson and Marilyn L. Watson, Thompson & Deveny Co. LPA, 1340 Woodman Drive, Dayton, OH 45432, andrew@kzlawohio.com

and by ordinary U.S. mail on May  29 , 2018 addressed to:

Andrew S. Watson and Marilyn L. Watson, 2612 Neva Drive, Dayton, OH 45414

/s/ Adam B. Hall
Adam B. Hall

14-023395_TC

**seterus**™

PO Box 1077
Hartford, CT 06143-1077

**Redacted**

ANDREW S WATSON
MARILYN WATSON
c/o ANDREW ZEIGLER
1340 WOODMAN DR
DAYTON OH  45432-3495

Business Hours (Pacific Time)
Monday-Thursday 9 a.m. to 8 p.m.
Friday 5 a.m. to 6 p.m.
Phone 866.570.5277

### ESCROW ACCOUNT STATEMENT

| | |
|---|---|
| Analysis Date: | 05/17/18 |
| Loan Number: | Redacted |

| Current Payment | | New Payment Effective 07/01/18 | |
|---|---|---|---|
| Principal and Interest | $159.43 | Principal and Interest* | $159.43 |
| Escrow | $237.87 | Escrow | $248.80 |
| | | Escrow Shortage or Deficiency | $207.60 |
| Total Current Payment | $397.30 | Total NEW Payment* | $615.83 |

\* The principal and interest payments reflect the contractual amount due under the note, which can be modified with a mutually agreed upon payment plan. In addition, the new principal and interest payment and the total new payment may not reflect any changes due to interest rate adjustments. You will receive a separate notice for interest rate adjustments.

### NEW MORTGAGE PAYMENT NOTICE AND ESCROW ACCOUNT DISCLOSURE STATEMENT

Seterus, Inc. is the servicer of the above referenced loan. In accordance with federal guidelines, your escrow account is reviewed at least once a year to determine if sufficient funds are available to pay your taxes and/or insurance. Your escrow payment will be a minimum of the total anticipated disbursements divided by the number of scheduled installments due in the next 12 months. This payment will increase if you have a post-petition shortage and/or deficiency. This statement provides a history of actual escrow account activity and a projection of the escrow account activity for the next 12 months.

Our records indicate a petition for Bankruptcy was filed on January 29, 2014. Pursuant to that petition, we have filed a proof of claim with the Bankruptcy court. Any shortage and/or deficiency listed under the Proof of Claim section will be excluded from your future scheduled escrow payment as these amounts will be added to your pre-petition arrearage and collected in your bankruptcy plan payment.

| ANTICIPATED DISBURSEMENTS | |
|---|---|
| July 2018 to June 2019 | |
| HAZARD INS | $939.25 |
| COUNTY | $2,046.28 |
| **Total Disbursements** | **$2,985.53** |

| | |
|---|---|
| Bankruptcy File Date | January 29, 2014 |
| Pre-Petition Escrow Shortage/Deficiency as of Analysis Date | $0.00 |

*Post Petition Beg Bal = The post-petition portion of the escrow starting balance

**Beginning balance = Starting balance less any unpaid escrow disbursements

### ESCROW ACCOUNT PROJECTIONS FOR THE NEXT 12 MONTH ESCROW CYCLE
Anticipated Activity

| Date | Payments to Escrow | Payments from Escrow | Description | Projected Balance |
|---|---|---|---|---|
| Beginning Balance** | | | | $6,506.43- |
| Post Petition Beg Bal* | | | | $6,506.43- |
| 07/01/2018 | 248.80 | 0.00 | | 6,257.63- |
| 08/01/2018 | 248.80 | 0.00 | | 6,008.83- |
| 09/01/2018 | 248.80 | 939.25- | HAZARD INS | 6,699.28- |
| 10/01/2018 | 248.80 | 0.00 | | 6,450.48- |
| 11/01/2018 | 248.80 | 0.00 | | 6,201.68- |
| 12/01/2018 | 248.80 | 936.88- | COUNTY | 6,889.76- |
| 12/01/2018 | 0.00 | 86.26- | COUNTY | 6,976.02- |
| 01/01/2019 | 248.80 | 0.00 | | 6,727.22- |
| 02/01/2019 | 248.80 | 0.00 | | 6,478.42- |
| 03/01/2019 | 248.80 | 0.00 | | 6,229.62- |
| 04/01/2019 | 248.80 | 0.00 | | 5,980.82- |
| 05/01/2019 | 248.80 | 0.00 | | 5,732.02- |
| 06/01/2019 | 248.80 | 936.88- | COUNTY | 6,420.10- |
| 06/01/2019 | 0.00 | 86.26- | COUNTY | 6,506.36- |
| **Total** | **$2,985.60** | **$2,985.53-** | | |

Under federal law, your lowest monthly balance in the escrow account should not have exceeded $497.60, or 1/6 of the total anticipated payments from your escrow account. Your lowest escrow balance was $6,976.02-.

The escrow account has a post-petition shortage and/or deficiency. A deficiency, if applicable, is the amount of negative balance in the escrow account, which can occur when funds that have been paid from the escrow account exceed the funds paid to the escrow account. An escrow shortage occurs when the escrow balance is not enough to pay the estimated items and any additional reserve deposits that need to be paid during the next 12 months. The projected beginning balance of your escrow account is $6,506.43-. Your required beginning balance according to this analysis should be $967.19. This means you have a shortage and/or deficiency of $7,473.62. For your convenience, we have spread this post-petition shortage and/or deficiency over the next 36 installments and included this amount in your escrow payment.

The Real Estate Settlement Procedures Act (RESPA) allows us to collect and maintain up to 1/6 of your total disbursements in your escrow account at all times, unless prohibited by state law. This cushion covers any potential increases in your tax and/or insurance disbursements. Cushion selected by servicer: $497.60.

***Continued on Reverse***
INTERNET REPRINT

## ESCROW ACCOUNT HISTORY

This is a statement of actual activity in your escrow account from July 2017 to June 2018. This history compares the projections from your last escrow analysis or initial disclosure and the actual activity in your account. If a prior escrow analysis was not conducted during this historical period, the projected escrow balance will be zero.

### ACTUAL ESCROW ACCOUNT HISTORY

| | Payments to Escrow | | Payments from Escrow | | Description | Escrow Balance | |
|---|---|---|---|---|---|---|---|
| | Projected | Actual | Projected | Actual | | Projected | Actual |
| Beginning Balance | | | | | | $932.46 | $14,615.50- |
| Date | | | | | | | |
| 07/01/17 | 234.19 | 0.00* | 0.00 | 0.00 | | 1,166.65 | 14,615.50- |
| 08/01/17 | 234.19 | 0.00* | 0.00 | 0.00 | | 1,400.84 | 14,615.50- |
| 09/01/17 | 234.19 | 0.00* | 928.20- | 939.25-* | HAZARD INS | 706.83 | 15,554.75- |
| 10/01/17 | 234.19 | 0.00* | 0.00 | 0.00 | | 941.02 | 15,554.75- |
| 11/01/17 | 234.19 | 237.87* | 0.00 | 0.00 | | 1,175.21 | 15,316.88- |
| 12/01/17 | 234.19 | 0.00* | 854.45- | 0.00* | COUNTY | 554.95 | 15,316.88- |
| 12/01/17 | 0.00 | 0.00 | 86.57- | 0.00* | COUNTY | 468.38 | 15,316.88- |
| 01/01/18 | 234.19 | 0.00* | 0.00 | 936.88-* | COUNTY | 702.57 | 16,253.76- |
| 01/01/18 | 0.00 | 0.00 | 0.00 | 86.26-* | COUNTY | 702.57 | 16,340.02- |
| 02/01/18 | 234.19 | 0.00* | 0.00 | 0.00 | | 936.76 | 16,340.02- |
| 03/01/18 | 234.19 | 0.00* | 0.00 | 0.00 | | 1,170.95 | 16,340.02- |
| 04/01/18 | 234.19 | 0.00* | 0.00 | 0.00 | | 1,405.14 | 16,340.02- |
| 05/01/18 | 234.19 | 10,414.41* | 0.00 | 0.00 | | 1,639.33 | 5,925.61- |
| 06/01/18 | 234.19 | 0.00* | 854.45- | 0.00* | COUNTY | 1,019.07 | 5,925.61- |
| 06/01/18 | 0.00 | 0.00 | 86.57- | 0.00* | COUNTY | 932.50 | 5,925.61- |
| | | | | | | | |
| **Total** | **$2,810.28** | **$10,652.28** | **$2,810.24-** | **$1,962.39-** | | | |

\* indicates a difference from a previous estimate either in the date or the amount.

\*\* indicates escrow payment made during a period where the loan was paid ahead.

**NOTE –** This analysis was prepared in advance of the escrow payment change date. Therefore, the projected beginning balance for the next 12 months estimates that you have paid all the required scheduled installments as shown in your actual account history and that all scheduled disbursements have been made from your escrow account.

THIS COMMUNICATION IS FROM A DEBT COLLECTOR AS WE SOMETIMES ACT AS A DEBT COLLECTOR. WE ARE ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. HOWEVER, IF YOU ARE IN BANKRUPTCY OR RECEIVED A BANKRUPTCY DISCHARGE OF THIS DEBT, THIS LETTER IS NOT AN ATTEMPT TO COLLECT THE DEBT. THIS NOTICE IS BEING FURNISHED FOR YOUR INFORMATION AND TO COMPLY WITH APPLICABLE LAWS AND REGULATIONS. IF YOU RECEIVE OR HAVE RECEIVED A DISCHARGE OF THIS DEBT THAT IS NOT REAFFIRMED IN A BANKRUPTCY PROCEEDING, YOU WILL NOT BE PERSONALLY RESPONSIBLE FOR THE DEBT. **COLORADO:** SEE WWW.COLORADOATTORNEYGENERAL.GOV/CA FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT. Seterus, Inc. maintains a local office at 355 Union Boulevard, Suite 500, Lakewood, CO 80228. The office's phone number is 888.738.5576. **NEW YORK CITY:** 1411669, 1411665, 1411662. **TENNESSEE:** This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance. Seterus, Inc. is licensed to do business at 14523 SW Millikan Way, Beaverton, OR 97005.

INTERNET REPRINT