UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | | CASE NO: 14-30246 |
|---|---|---|
| Andrew S Watson | | (Chapter 13) |
| Marilyn L Watson | | |
| | Debtors | JUDGE GUY R. HUMPHREY |

## NOTICE OF FINAL CURE PAYMENT

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, JEFFREY M KELLNER files this Notice of Final Cure Payment. The amount required to pay this mortgage in full has been paid to creditor listed below.

**Name of Creditor:** US BANK TRUST NATIONAL ASSOCIATION
**Last 4 Digits of Account No:** 8664
**Property Address:** 2612 NEVA DR DAYTON, OH 45414

| Court Clm # | Trustee Clm # | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 13 | 1 | $36,730.41 | $36,730.41 | $44,558.79 |
| 13 | 58 | $0.00 | $0.00 | $0.00 |
| 13 | 64 | $976.82 | $976.82 | $976.82 |
| Total Amount Paid by Trustee . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | $45,535.61 |

Within 21 days of the service of the Notice of Final Cure Payment, the creditor **MUST** file and serve a Statement as a supplement to the holder's proof of claim on the Debtors, Debtors' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating whether it agrees that the Debtors have paid this mortgage in full..

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

## CERTIFICATE OF SERVICE

14-30246

I hereby certify that a copy of the Notice Of Final Cure Payment was served **electronically** on the date of the filing through the Court's ECF System on all ECF participants registered in this case at the email address registered with the court and by **ordinary U.S. Mail** on July 31, 2019 addressed to:

Andrew S Watson  
Marilyn L Watson  
2612 Neva Drive  
Dayton, OH 45414

(1.1)  
US BANK TRUST NATIONAL ASSOCIATION  
C/O SN SERVICING CORPORATION  
323 FIFTH STREET  
EUREKA, CA 95501

(1.4)  
JON J LIEBERMAN  
Sottile & Barile, Attorneys at Law  
Box 476  
Loveland, OH 45140

/s/_JEFFREY M KELLNER_____  
Jeffrey M Kellner 0022205  
CHAPTER 13 TRUSTEE  
131 N LUDLOW ST SUITE 900  
DAYTON, OH 45402-1161  
(937)222-7600 Fax (937)222-7383  
chapter13@dayton13.com

500